

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00045-CV

**IN RE BERTETTI HEALTHCARE, INC.**
d/b/a Legend Oaks Healthcare and Rehabilitation - West San Antonio

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Patricia O. Alvarez, Justice
             Beth Watkins, Justice

Delivered and Filed: February 6, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On January 24, 2019, relator filed a petition for writ of mandamus. On January 28, 2019, relator filed a motion to abate the mandamus proceeding. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The motion to abate the mandamus proceeding is DENIED AS MOOT.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018-CI-08563, styled *John Zepeda, Individually and as Administrator of the Estate of Concepcion Zepeda, Deceased and on Behalf of All Wrongful Death Beneficiaries of Concepcion Zepeda Deceased v. Bertetti Healthcare, Inc. d/b/a Legend Oaks Healthcare and Rehabilitation - West San Antonio*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.